HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PANG SHOUA XIONG,<br>KEO SENG SAECHAO,<br><br>                    Defendants. | Case No. 2:14-cr-109 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 19, 2014, AT 9:30 A.M.<br><br>Date:   May 20, 2014<br>Time:   9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |
|---|---|

The parties stipulate, through respective counsel, that the Court should continue the status conference set for May 22, 2014, at 9:30 a.m., to June 19, 2014, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel require further time to meet and consult with each other.  Defense counsel also require further time to meet and confer with their clients regarding plea agreements that the government has proposed, and propose counter offers to the government.

Counsel and the defendants agree that the Court should exclude the time from today through June 19, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: May 20, 2014                     HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ M.Petrik_____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Pang Shoua Xiong

DATED: May 20, 2014

                                        /s/ M.Petrik for_____
                                        DUSTIN JOHNSON
                                        Attorney for Keo Seng Saechao

DATED: May 20, 2014                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for_____
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for June 19, 2014, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including June 19, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated: May 20, 2014

_____
Troy L. Nunley
United States District Judge