HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-109-TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 14, 2014, AT 9:30 A.M. |
| v. | ) ) | |
| PANG SHOUA XIONG, KEO SENG SAECHAO, | ) ) ) | Date:    June 19, 2014 Time:    9:30 a.m. Judge:   Hon. Troy L. Nunley |
| Defendants. | ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for June 19, 2014, at 9:30 a.m., to August 14, 2014, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel also require further time to meet and consult with each other.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through August 14, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

1 | Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: June 17, 2014                HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ M.Petrik_____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
                                    Attorneys for Pang Shoua Xiong

DATED: June 17, 2014

                                    /s/ M.Petrik for_____
                                    DUSTIN JOHNSON
                                    Attorney for Keo Seng Saechao

DATED: June 17, 2014                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for_____
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for August 14, 2014, at 9:30 a.m. The Court orders the time from the date of the this order, up to and including August 14, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated: June 19, 2014

_____
Troy L. Nunley
United States District Judge