BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>KEO SENG SAECHAO, and<br>PANG SHOUA XIONG<br><br>              Defendants. | CASE NO. 2:14-CR-109-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 14, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

   1.   By previous order, this matter was set for status on August 14, 2014.

   2.   By this stipulation, defendants now move to continue the status conference until September 25, 2014, and to exclude time between August 14, 2014, and September 25, 2014, under Local Code T4.

   3.   The parties agree and stipulate, and request that the Court find the following:

       a)   The government has represented that the discovery associated with this case includes documents, electronic evidence, and physical evidence including stolen mail. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

       b)   Counsel for defendants desire additional time to confer with their clients, meet with the government regarding resolution, and consider the possibility of resolution without trial.

        c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 14, 2014 to September 25, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 12, 2014                                 BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ MATTHEW G. MORRIS
                                                          MATTHEW G. MORRIS
                                                          Assistant United States Attorney

Dated: August 12, 2014                                 /s/ Michael Petrick
                                                          MICHAEL PETRICK
                                                          Counsel for Defendant Keo Saechao

Dated: August 12, 2014                                 /s/ Dustin Johnson
                                                          DUSTIN JOHNSON
                                                          Counsel for Defendant Pang Xiong

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of August, 2014

_____
Troy L. Nunley
United States District Judge