HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-109 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 23, 2014 AT 9:30 A.M. |
| v. | ) ) | |
| PANG SHOUA XIONG, KEO SENG SAECHAO, | ) ) ) | Date:   September 25, 2014 Time:   9:30 a.m. Judge:  Hon. Troy L. Nunley |
| Defendants. | ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for September 25, 2014, at 9:30 a.m., to October 23, 2014, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation. Defense counsel also require further time to meet and consult with each other.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through October 23, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: September 23, 2014              HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ M.Petrik_____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Pang Shoua Xiong

DATED: September 23, 2014

                                       /s/ M.Petrik for_____
                                       DUSTIN JOHNSON
                                       Attorney for Keo Seng Saechao

DATED: September 23, 2014              BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for_____
                                       MATTHEW MORRIS
                                       Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for October 23, 2014, at 9:30 a.m. The Court orders the time from the date of the this order, up to and including October 23, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated: September 24, 2014

Troy L. Nunley
United States District Judge