Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889
Email: dustin@ddjlaw.biz


Attorney for **KEO SENG SAECHAO**


## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-cr-109 TLN |
| Plaintiffs, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 16, 2015, AT 9:30 A.M. |
| vs. | |
| KEO SENG SAECHAO, et al. | Date:      March 26, 2015 |
| Defendants. | Time:      9:30 a.m.<br>Judge:    Hon. Troy L. Nunley |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for March 26, 2015, at 9:30 a.m., to April 16, 2015, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation. Defense counsel require further time to meet and consult with each other. The parties also require further time to engage in negotiations with the government.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through March 26, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: March 23, 2015                    /s/ Dustin D. Johnson
                                         DUSTIN D. JOHNSON
                                         Attorney for Keo Seng Saechao


Dated: March 23, 2015                    HEATHER E. WILLIAMS
                                         Federal Defender


                                         /s/ Dustin D. Johnson for
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
                                         Attorneys for Pang Shoua Xiong


Dated: March 23, 2015                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Dustin D. Johnson for
                                         MATTHEW MORRIS
                                         Assistant U.S. Attorney


## ORDER

Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for April 16, 2015, at 9:30 a.m. The Court orders the time from the date of the this order, up to and including April 16, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.


Dated: March 24, 2015

                                         Troy L. Nunley
                                         United States District Judge

2