| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
|   | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
|   | Sacramento, CA  95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
|   | PANG SHOUA XIONG |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-109 TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
|   | ) | CHANGE OF PLEAS HEARING TO JULY 2, |
| v. | ) | 2015 AT 9:30 A.M. |
|   | ) |   |
| PANG SHOUA XIONG, | ) | Date:   June 4, 2015 |
| KEO SENG SAECHAO, | ) | Time:   9:30 a.m. |
|   | ) | Judge:  Hon. Troy L. Nunley |
| Defendants. | ) |   |

The parties stipulate, through respective counsel, that the Court should continue the change of pleas hearing set for June 4, 2015, at 9:30 a.m., to July 2, 2015, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel require further time to meet and consult with each other.  The parties also require further time to engage in negotiations with the government.

Counsel and the defendants agree that the Court should exclude the time from the date of this order through July 2, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: June 2, 2015                         HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ M.Petrik_____
                                            MICHAEL PETRIK, Jr.
                                            Assistant Federal Defender
                                            Attorneys for Pang Shoua Xiong

DATED: June 2, 2015

                                            /s/ M.Petrik for_____
                                            DUSTIN JOHNSON
                                            Attorney for Keo Seng Saechao

DATED: June 2, 2015                         BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ M.Petrik for_____
                                            MATTHEW MORRIS
                                            Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the change of pleas hearing rescheduled for July 2, 2015, at 9:30 a.m. The Court orders the time from the date of the this order, up to and including July 2, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: June 2, 2015

_____
Troy L. Nunley
United States District Judge