Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Keo Seng Saechao

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEO SENG SAECHAO and<br>PANG SHOUA XIONG,<br><br>Defendants. | Case No.:  CR-S-14-109 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>**Judge: Hon. Troy L. Nunley**<br>**Time:  9:30 a.m.**<br>**Date:  November 5, 2015** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, Michael Petrik, Counsel for Pang Xiong,  and Dustin D. Johnson, Counsel for Keoseng Saechao, that the judgment and sentencing hearing date of October 15, 2015 be vacated, and the matter be set for judgment and sentencing on November 5, 2015 at 9:30 a.m. The reason for this continuance is to allow the defense additional time to prepare for judgment and sentencing. The draft PSR was provided to counsel more than one week late.

    Mr. Petrik, Ms. Xiong's attorney agreed to this continuance when contacted by email.

    The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

    The probation officer has no objection to continuing the judgment and sentencing hearing to November 5, 2015.

///

The parties agree to the following briefing schedule based on the new Judgment and Sentencing Date of November 5, 2015.

- Reply, or Statement of Non-Opposition:  October 29, 2015.
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 22, 2015.
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: October 15, 2015.
- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  October 8, 2015.

Dated:  September 23, 2015                                        Respectfully submitted,


                                                  /s/ Dustin D. Johnson
Dustin D. Johnson
Counsel for Keo Seng Saechao


Dated:  September 23, 2015                                        Respectfully submitted,


                                                  /s/ Michael Petrik (approved via email)
Michael Petrik, DFPD
Counsel for Pang Xiong


Dated:  September 23, 2015                                        BENJAMIN WAGNER

United States Attorney


                                                  /s/ Matthew Morris (approved via email)
MATTHEW MORRIS
Assistant U.S. Attorney

Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Keoseng Saechao

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, Plaintiff, vs. KEO SENG SAECHAO and PANG SHOUA XIONG, Defendants. | Case No.: CR-S-14-109 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>**Judge: Hon. Troy L. Nunley**<br>**Time: 9:30 a.m.**<br>**Date: November 5, 2015** |
|---|---|

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that 1) the judgment and sentencing hearing date of October 15, 2015 be vacated, 2) the matter be set for judgment and sentencing on November 5, 2015 at 9:30 a.m, and 3) the following briefing schedule be adopted:

- Reply, or Statement of Non-Opposition: October 29, 2015.
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 22, 2015.
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: October 15, 2015.
- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: October 8, 2015.

////

Dated:  September 23, 2015

_____
Troy L. Nunley
United States District Judge