**FILED**

November 5, 2015

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

PANG SHOUA XIONG,

      Defendant.

Case No.  2:14-CR-00109-02

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  PANG SHOUA XIONG ,

Case No.  2:14-CR-00109-02  Charge 18 U.S.C. § 1708 , from custody for the following

reasons:

   _____   Release on Personal Recognizance

   _____   Bail Posted in the Sum of $ _____

      _____   Unsecured Appearance Bond $ _____

      _____   Appearance Bond with 10% Deposit

      _____   Appearance Bond with Surety

      _____   Corporate Surety Bail Bond

            (Other):  The Court sentenced the defendant to 30 months

      X   imprisonment, but due to the time already served, the

      _____   Court ordered the defendant released.

Issued at Sacramento, California on November 5, 2015 at 10:50 AM.

By: _____

      District Judge Troy L. Nunley