**FILED**
FEB 4 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>       v.<br><br>KEO SENG SAECHAO, and<br>PANG XIONG<br><br>          Defendants. | CASE NO. 2:14-CR-109-TLN<br><br>[~~PROPOSED~~] ORDER |

The stipulation of the parties regarding restitution (Document 62) is adopted, and good cause appearing, the Court hereby ORDERS:

That the Judgment and Sentence in this case will be amended to order restitution in the amount of $3,676.60, to be paid as follows:

    $2,885.00 to victim J.K.;

    $791.60 to the United States.

That any restitution ordered will be owed jointly and severally by both defendants.

That interest on the restitution will be waived.

That the government is ordered to provide the full name and last known address of "J.K." to the clerk of the Court and the United States Probation Office.

Dated: 2/4/16

_____
The Hon. TROY L. NUNLEY
United States District Judge